**Order entered October 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01014-CR

**KIELLE DROMONE MCNEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1500409-L**

## ORDER

We **GRANT** appellee's September 30, 2016 "Second Motion to Extend Time for Filing State's Brief." We **ORDER** the brief tendered to this Court by appellee on September 30, 2016 timely filed as of the date of this order.

                                    /s/      DOUGLAS S. LANG
                                             JUSTICE